| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PERRIS, ELIZABETH L. | 2. Court or Organization U. S. Bankruptcy Court | 3. Date of Report 05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 1001 S.W. Fifth Ave., Suite 700 Portland, OR 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | West Services - Book Royalty | $2,907.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bend Inns of Court | 1/18/12 - 1/20/12 | Bend, OR | Dinner Meeting | Hotel |
| 2. | King County Bar Association | 1/25/12 - 1/26/12 | Seattle, WA | Seminar | Transportation, meals and hotel |
| 3. | Northwest Bankruptcy Institute - Oregon State Bar | 4/26/12 - 4/28/12 | Seattle, WA | Seminar | Transportation, meals and hotel |
| 4. | National Conference of Bankruptcy Judges | 10/23/12 - 10/26/12 | San Diego, CA | Seminar | Hotel and transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PERRIS, ELIZABETH L.** | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account | B | Int./Div. | M | T | | | | | |
| 2. -- US Bonds | | | | | | | | | |
| 3. -- Duke Stock | | | | | Sold | 7/13/12 | J | C | See Part VIII |
| 4. -- Teco Stock | | | | | | | | | |
| 5. -- Vanguard Windsor II Mutual Fund | | | | | | | | | |
| 6. -- Spectra Energy Stock | | | | | | | | | |
| 7. -- Choice CD | | | | | Matured | 4/10/12 | K | A | |
| 8. -- Money Market Funds (Schwab Cash Reserves) | | | | | Buy | 7/31/12 | J | | See Part VIII |
| 9. Vanguard S & P 500 Fund | C | Distribution | M | T | | | | | |
| 10. Vanguard Europe Fund | | | | | Sold | 6/20/12 | J | C | |
| 11. Bristol Meyers Squibb Stock | A | Dividend | J | T | | | | | |
| 12. Harbor International Fund | C | Distribution | M | T | | | | | |
| 13. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 14. 1/4 Interest - Condominium, Otter Rock, Oregon | A | Rent | K | R | | | | | |
| 15. Baron Asset Fund Shares | D | Distribution | L | T | | | | | |
| 16. NASDAQ 100 Stock | A | Dividend | K | T | | | | | |
| 17. i Shares-Russell 2000 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Key Bank Accounts (CD/checking) | B | Interest | L | T | | | | | |
| 19. On Point FCU (CD/checking) | B | Interest | M | T | | | | | |
| 20. i Shares - Emerging Markets | A | Dividend | J | T | | | | | |
| 21. First SW Prime Income Fund | | | | | Sold | 9/12/12 | J | A | |
| 22. IRA #2 - On Point CD | A | Interest | J | T | | | | | |
| 23. 1/2 interest - Condominium, Portland, Oregon | A | Rent | M | R | | | | | |
| 24. Or Vet Welfare Due 2041 | A | Interest | K | T | | | | | |
| 25. Schwab Cash Dep | A | Interest | J | T | Buy | 9/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3. Sale proceeds from Duke Stock were deposited in Schwab Cash Reserves (line 8).

Lines 5 and 9: Distributions from Vanguard S & P 500 Fund (line 9) and Vanguard Windsor II Mutual Fund (Line 5), include capital gains and dividends. I reinvested the distributions in these funds.

Lines 8: Schwab Cash Reserves is a money market fund. I reinvest the distributions. In addition, I regularly deposit stock dividends, asset liquidation proceeds, and interest income in the account. The dividends and interest deposits are small. Only transactions in excess of $1,000 within the pertinent account are separately reported.

Line 14: On my 1/4 interest in the condominium at Otter Rock, Oregon, the net rents are after payment of expenses. My share of the rents without reduction of expenses would be Code B. Quarter interest in condominium purchased in August 1994 for $27,500.

Line 23: On my 1/2 interest in the condominium at Portland, Oregon, the net rents are after payment of expenses. My share of the rents without reduction of expenses would be Code D. Half interest in condominium purchased in April 2010 for $235,500, from the Estate

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELIZABETH L. PERRIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544